FILED

DEC 15 1999

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:99CR00464 DJS |
| DAVID CURTIS, ) | |
| Defendant. ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Michael W. Reap, United States Attorney for the Eastern District of Missouri, and Steven A. Muchnick, Assistant United States Attorney for said District, and, for the Government's Response to Defendant's Presentence Report, states as follows:

Defendant's presentence report contains references to alleged actions by persons other than defendant and alleged actions by defendant which are not set forth in the Stipulation of Facts Relative to Sentencing which the Government and defendant filed with the Court when defendant entered his guilty plea.

The Government believes that only those facts which are contained in the Stipulation should be considered by the Court in arriving at defendant's sentence.

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/16/99 by stomlins
              4:99cr464    USA vs Curtis


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

Raymond Gruender -  3285         Fax: 314-552-7042
Steven Muchnick -  3905          Fax: 314-539-7695
John Tanner -                    Fax: 202-514-8336


SCANNED & FAXED BY:

DEC 1 6 1909

C. L. F.